# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

| | |
|---|---|
| **AMI ENTERTAINMENT NETWORK, INC.**<br><br>        **Plaintiff,**<br><br>v.<br><br>**ZURICH AMERICAN INSURANCE COMPANY, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,**<br><br>        **Defendants.** | Case No.: 4:12-CV-15212-GAD-LJM<br><br>Hon. Gershwin A. Drain<br><br>Magistrate Judge Laurie J. Michelson |

---

Aaron M. Halvas (P63424)
SILVER & VAN ESSEN, P C
Attorneys for Plaintiff, AMI Entertainment Network, Inc.
300 Ottawa Avenue, N W , Suite 620
Grand Rapids, MI 49503
(616) 988-5600
ahalvas@silvervanessen.com

Peter B. Kupelian (P31812)
Douglas C. Chapman (P64469)
CLARK HILL PLC
Attorneys for Defendant, Zurich American Insurance Company
500 Woodward Avenue
Suite 3500
Detroit, MI 48226
(313) 965-8300
pkupelian@clarkhill.com
dchapman@clarkhill.com

Thomas F. Myers (P18146)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendant, Westchester Surplus Lines Ins. Co.
1000 Woodbridge Street
Detroit, MI 48207-3108
(313) 446-5509
tmyers@garanlucow.com

Kyle P. Brinkman
DICKSTEIN SHAPIRO LLP
Attorneys for Plaintiff, AMI Entertainment Network, Inc.
1825 Eye St. NW
Washington, DC 20006
(202) 420-2200
brinkmank@dicksteinshapiro.com

Edward P. Gibbons (not sworn)
Kari Timm (not sworn)
Walker Wilcox Matousek, LLP
Attorneys for Defendant, Westchester Surplus Lines Ins. Co.
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
(312) 244-6700
egibbons@wwmlawyers.com
ktimm@wwmlawyers.com

## STIPULATION OF DISMISSAL OF WESTCHESTER SURPLUS LINES INSURANCE COMPANY WITHOUT PREJUDICE

Plaintiff AMI Entertainment Network, Inc. and Defendants Zurich American Insurance Company and Westchester Surplus Lines Insurance Company, by and through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Defendant Westchester Surplus Lines Insurance Company from this action without prejudice.

DATE: September 3, 2013     Respectfully Submitted:

| DICKSTEIN SHAPIRO LLP | CLARK HILL PLC | GARAN LUCOW MILLER, P.C. |
|---|---|---|
| /s/ Kyle P. Brinkman<br>Kyle P. Brinkman<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye St. NW<br>Washington, DC 20006<br>(202) 420-2200<br>brinkmank@dicksteinshapiro.com | /s/ Douglas C. Chapman<br>Peter B. Kupelian (P31812)<br>Douglas C. Chapman (P64469)<br>CLARK HILL PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226<br>(313) 965-8300<br>pkupelian@clarkhill.com<br>dchapman@clarkhill.com | /s/ Thomas F. Myers<br>Thomas F. Myers (P18146)<br>GARAN LUCOW MILLER, P.C.<br>1000 Woodbridge Street<br>Detroit, MI 48207-3108<br>(313) 446-5509<br>tmyers@garanlucow.com |
| Aaron M. Halvas (P63424)<br>SILVER & VAN ESSEN, P C<br>300 Ottawa Avenue, N W , Suite 620<br>Grand Rapids, MI 49503<br>(616) 988-5600<br>ahalvas@silvervanessen.com | *Attorneys for Zurich American Insurance Co.* | Edward P. Gibbons (not sworn)<br>Kari Timm (not sworn)<br>Walker Wilcox Matousek, LLP<br>One North Franklin Street, Suite 3200<br>Chicago, Illinois 60606<br>(312) 244-6700<br>ktimm@wwmlawyers.com |
| *Attorneys for AMI Entertainment Network, Inc.* | | *Attorneys for Westchester Surplus Lines Insurance Co.* |

## CERTIFICATE OF SERVICE

I certify that on September 3, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

> By: /s/ Kyle P. Brinkman
> Kyle P. Brinkman
> DICKSTEIN SHAPIRO LLP
> Attorneys for Plaintiff, AMI
> Entertainment Network, Inc.
> 1825 Eye St. NW
> Washington, DC 20006
> (202) 420-2200
> brinkmank@dicksteinshapiro.com