UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMI ENTERTAINMENT NETWORK, INC., | |
| Plaintiff, | Case No. 4:12-cv-15212-GAD-LJM |
| vs. | Hon. Gershwin A. Drain |
| | Mag. Judge Laurie Michelson |
| ZURICH AMERICAN INSURANCE COMPANY | |
| and | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | |
| Defendants. | |

_____/

| | |
|---|---|
| AARON M. HALVAS (P63424) | PETER B. KUPELIAN (P31812) |
| Silver & Van Essen, P.C. | DOUGLAS M. CHAPMAN (P64469) |
| Attorneys for Plaintiff AMI Entertainment Network, Inc. | Clark Hill PLC |
| | Attorneys For Defendant Zurich American Insurance Company |
| 300 Ottawa Ave., NW, Ste. 620 | 500 Woodward Avenue |
| Grand Rapids, MI 49503 | Suite 3500 |
| (616) 988-5600 | Detroit, MI  48226 |
| ahalvas@silvervanessen.com | 313.965.8300 |
| | pkupelian@clarkhill.com |
| | dchapman@clarkhill.com |

_____/

**STIPULATED ORDER DISMISSING WITH PREJUDICE THE
COMPLAINT OF PLAINTIFF AMI ENTERTAINMENT NETWORK, INC.**

WHEREAS, Plaintiff AMI Entertainment Network, Inc. ("Plaintiff") filed its complaint ("Complaint") in this matter against Zurich American Insurance Company ("Zurich") and Westchester Surplus Lines Insurance Company ("Westchester") on November 27, 2012;

WHEREAS, on or about September 3, 2013, this Honorable Court entered an order dismissing Westchester from this matter without prejudice; and

WHEREAS, Plaintiff and Zurich, having stipulated to the terms of this Order Dismissing With Prejudice The Complaint Of Plaintiff AMI Entertainment Network, Inc., as evidenced by the signatures of their counsel below, and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that all claims asserted by Plaintiff in Plaintiff's Complaint against Zurich and Westchester are dismissed with prejudice as to Zurich and Westchester without costs, interest or attorney fees to any party;

This Order resolves the last pending claim and closes the case.

SO ORDERED.

Dated:  October 28, 2013

/s/Gershwin A Drain
United States District Court Judge

STIPULATED:

By: /s/Aaron M. Halvas (w/permission)
AARON M. HALVAS (P63424)
Silver & Van Essen, P.C.
Attorneys for Plaintiff AMI
Entertainment Network, Inc.
300 Ottawa Ave., NW, Ste. 620
Grand Rapids, MI 49503
(616) 988-5600
ahalvas@silvervanessen.com

By: /s/Douglas M. Chapman
PETER B. KUPELIAN (P31812)
DOUGLAS M. CHAPMAN (P64469)
Clark Hill PLC
Attorneys for Zurich
500 Woodward Avenue
Suite 3500
Detroit, MI 48226
(313) 965-8300
pkupelian@clarkhill.com
dchapman@clarkhill.com

9653849.1 39808/154283

3